**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**SP RECONSTRUCTION SERVICES, LLC,**

**Plaintiff,**

**v.** **Case No.: 5:26-cv-00634-PGB-PRL**

**VIVID CONSTRUCTION AND DEVELOPMENT GROUP, LLC, OCALA FLORIDA INVESTMENT ASSOCIATES, LLC, SHIVAM PROPERTIES, LLC,**

**Defendants,**
______________________________________/

## ORDER

This case is before the Court for consideration of Plaintiff's motion for Clerk's entry of default against Vivid Construction and Development Group, LLC. (Doc. 17).

In light of the answer filed by Vivid Construction and Development Group, LLC (Doc. 24), Plaintiff's motion for Clerk's entry of default (Doc. 17) is due to be DENIED.

**DONE** and **ORDERED** in Ocala, Florida on October 30, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties